**SECOND PARTIES**

STATE OF IOWA

By: ___[signature]_____        ___7-24_____, 2020
    William Hill                                Date
    Assistant Attorney General